IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**KINGRALE COLLINS,**
*ADC #SK945*                                                                                          **PLAINTIFF**

v.                              **CASE NO. 4:10CV01520 BSM**

**SUE NEWBERRY et al.**                                                                  **DEFENDANTS**

### ORDER

On October 27, 2010, plaintiff Kingrale Collins was ordered to submit either the $350 statutory filing fee or an application to proceed without prepayment of fees and affidavit with the required calculation sheet signed by an authorized official of the prison within thirty (30) days. More than 30 days have passed, and Collins has not paid the filing fee or responded to the order.

IT IS THEREFORE ORDERED that plaintiff's complaint is hereby dismissed without prejudice for failure to pay the filing fee, failure to comply with Local Rule 5.5(c)(2), and failure to respond to the October 27, 2010, order.

IT IS SO ORDERED this 15th day of April, 2011.

_____
UNITED STATES DISTRICT JUDGE