IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**KINGRALE COLLINS**
**ADC #SK945**                                                                                **PLAINTIFF**

**v.**                           **CASE NO. 4:10CV01520 BSM**

**SUE NEWBERRY et al.**                                                              **DEFENDANTS**

## JUDGMENT

Pursuant to the order entered today, plaintiff's claims are dismissed without prejudice, and the relief sought is denied.

Dated this 15th day of April, 2011.

_____
UNITED STATES DISTRICT JUDGE